IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-86-FL

| | |
|---|---|
| AARON PURNELL DYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF ROCKY MOUNT and ROCKY MOUNT POLICE DEPARTMENT, | ) ORDER |
| | ) |
| Defendants. | ) |

This matter comes before the court for review of plaintiff's *pro se* complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert T. Numbers entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein he recommends that the court dismiss plaintiff's complaint for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the M&R, and the time within which to make any objection has expired. In this posture, the matter is ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

Here, the magistrate judge recommends that plaintiff's complaint be dismissed for lack of

subject matter jurisdiction. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted. The clerk of court is directed to close the case.

SO ORDERED, this the 21st day of April, 2015.

LOUISE W. FLANAGAN
United States District Court Judge