UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AARON PURNELL DYSON, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
CITY OF ROCKY MOUNT and ROCKY ) No. 5:15-CV-86-FL
MOUNT POLICE DEPARTMENT, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 21, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 21, 2015, and Copies To:**

Aaron Purnell Dyson (via U.S. Mail) 1612 King Circle, Rocky Mount, NC 27801

April 21, 2015        JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk